882 ■

Frank CUSHMAN, Employee/Respondent,

v.

AMERICAN NATIONAL CAN
COMPANY, Employer/Appellant,

and

National Union Fire Insurance Company,
c/o Gallagher Bassett Services, Inc.,
Insurer/Appellant.

No. 69299.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 9, 1996.

Robert M. Evans, Mary Anne Linsdey, Evans & Dixon, St. Louis, for appellant.

Harry J. Nichols, St. Louis, for respondent.

Before GERALD M. SMITH, P.J., and GARY GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Employer appeals from the Labor and Industrial Relations Commission's award to employee for bilateral carpal tunnel syndrome resulting from injuries arising from his employment. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the Court's decision. The Commission's award is affirmed. Rule 84.16(b).

David APETZ, Petitioner/Respondent,

v.

Kathryn BALCH, f/k/a Kathryn Apetz,
Respondent/Appellant.

No. 69169.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 9, 1996.

David S. Schmidt, O'Fallon, for appellant.

Bruce Hilton, Julie K. Morian, Webster Groves, for respondent.

Before GERALD M. SMITH, P.J., and GARY GAERTNER, and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Mother, Kathryn Balch, appeals from the judgment modifying the parties' decree of dissolution transferring primary custody of the parties' minor son from mother to father, David Apetz. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A detailed opinion would have no precedential value. We have provided the parties with a memorandum opinion explaining our reasoning. The trial court's judgment is affirmed pursuant to Rule 84.16(b).